UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MULE CREEK STATE PRISON,<br><br>　　　　　　Respondent. | No. 2:24-cv-01226-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 5, 6) |

Petitioner Steve Wilhelm is a state prisoner proceeding *pro se* with a petition for writ of mandate. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2024, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion to proceed *in forma pauperis* (Doc. No. 5) be denied and that the petition for writ of mandate be dismissed without leave to amend due to a lack of subject matter jurisdiction and petitioner's failure to state a cognizable claim for relief. (Doc. No. 6.) The pending findings and recommendations were served upon petitioner and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*) To date, petitioner has not filed any objections and the time in which to do so has passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 17, 2024 (Doc. No. 6) are adopted in full;
2. The petition for writ of mandate (Doc. No. 1) is dismissed;
3. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 5) is denied; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 21, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2